| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES VALENTINIS-DEE, §
§
    Plaintiff, §
§
versus  §   CIVIL ACTION NO. 9:23-CV-229
§
FED. DETENTION CENTER-HOUSTON, §
§
    Defendant. §

## ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff James Valentinis-Dee, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). To date, the parties have not filed objections to the Report and Recommendation.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law set forth in the Report are correct.

    Accordingly, the Report and Recommendation (#10) is **ADOPTED**. A final judgment will be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 22nd day of April, 2024.

                                       *Marcia A. Crone*
                                      MARCIA A. CRONE
                                 UNITED STATES DISTRICT JUDGE